**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                            CASE NO.:

WELLDYNERX, LLC a/k/a
WELLDYNE RX WEST

       Defendant,

_____/

## COMPLAINT

COMES NOW the United States of America on behalf of the Department of Defense, Defense Health Agency (DOD/DHA). brings this action against the Defendant(s) to recover damages and alleges:

## NATURE OF ACTION

1.  This is an action brought by the United States to recover damages based on Defendant(s) failure to repay a medical debt to the United States Department of Defense, Defense Health Agency (DOD/DHA).

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1345 because this action is brought by the Government as Plaintiff.

3. This Court has personal jurisdiction over Defendant(s) because both reside and/or transact business within the Middle District of Florida.

4. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c) because the Defendant(s) reside and/or are situated in this District.

5. Venue is proper in the Tampa Division of this District as Defendant(s) reside and/or are situated in Polk County, Florida.

## PARTIES

6. The Plaintiff in this action is the United States of America, suing on its own behalf and on behalf of its agency, the United States Department of Defense, Defense Health Agency (DOD/DHA).

7. The Defendant in this action is WELLDYNERX, LLC a/k/a WELLDYNE RX WEST, is a Florida limited liability company.

## FACTUAL BACKGROUND

8. On or about July 20, 2020, The United States Department of Defense, Defense Health Agency (DOD/DHA) determined the Defendant delinquent for the repayment of overpayments on a medical debt.

9. The Defendant is indebted to the United States Department of Defense, Defense Health Agency (DOD/DHA) for medical services/pharmacy prescriptions rendered to Defendant's employees between August 2017 and

March 2019 at Navy Bureau of Medicine and Surgery, Navy Hospital Lemoore (BUMED) or any other U.S. Army medical treatment facility that does the billing and accounting for the Department of Defense Military Treatment Facilities (DOD/MTFs) as set forth attached hereto as Exhibit "A"

10. As a result of Defendant(s) failure to make payments, the United States has not received repayment as promised and thus has been damaged.

11. Plaintiff declares the full amount due.

12. Demand has been made upon the Defendant(s) for payment of the indebtedness, and the Defendant(s) has neglected or refused to pay the same.

13. As of June 12, 2026, the amount owed is $8,404.01 plus accrued interest through June 12, 2026 of $992.21 with interest accruing thereafter at the daily rate of $0.46, and penalty fees of $2,977.20 with a daily penalty of $1.38 and administrative fees of $3,826.83 as set forth in the Certificate of Indebtedness attached hereto as Exhibit "B".

## **PRAYER FOR RELIEF**

WHEREFORE, the United States demands and prays that judgment be entered in its favor against Defendant(s) for the sum of $16,200.25, plus interest to the date of judgment, attorney's fees and costs as permitted, all administrative fees and allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961, until

paid in full, and for such other and further relief as this Court deems fair and reasonable.

DATED this 20th day of July 2026.

Respectfully submitted,


By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com